UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PATRICA ANNE HESS,

      Plaintiff,

                                      Case No. 1:25-cv-1466

v.

                                       HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/


## JUDGMENT

In accordance with the Order entered on this date:

    **IT IS HEREBY ORDERED** that Judgment is entered


Dated: July 21, 2026                     /s/ Paul L. Maloney
                                        Paul L. Maloney
                                      United States District Judge